ERIE RAILROAD COMPANY, Appellant, v. DICKSON CONSTRUCTION AND REPAIR COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES SHAFTAN, Respondent, v. LILLIAN M. SHAFTAN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes for reversal and a new trial.

In the Matter of MAX COHEN, an Attorney.— Reference ordered to Hon. John R. Davies, official referee. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of ESRAS GOTTLIEB (Known as EZRA GOTTLIEB), an Attorney.— Reference ordered to Hon. Jacob Marks, official referee. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of SIGMUND HORKIMER, an. Attorney.— Reference ordered to Hon. John R. Davies, official referee. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of CHARLES J. STEIERMAN, an Attorney.— Reference ordered to Hon. John R. Davies, official referee. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of MARY A. KLEINKOPF and KIRK STEVENS BEAL for Payment of Their Share of the Awards for Certain Lands and Premises Situated on Roberts Avenue, Borough of The Bronx, New York City.— Reference ordered to Hon. John M. Tierney, official referee. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of SABATO DE MASI and MARY DE MASI, His Wife, for Payment of Awards for Parcels Nos. 5 and 6 on the Damage Map and in the Final Decree of the Supreme Court as to Damage in the Proceeding to Acquire Title to Certain Lands and Premises Situated on the Northerly Side of Mace Avenue between Fish and Seymour Avenues, in the Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of PAUL CRAMES, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of MORRIS SCHWIND, an Attorney.— Reference ordered to Hon. Jacob Marks, official referee. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BEVERLY C. COBB v. FREDERICK E. GRAY.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed on or before June 9, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ETTORE SACCHI and Another v. SALVATORE D'ALESSANDRO and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before June 9, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.